UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                        CRIMINAL NO. 18-20128

v.                                     HON. STEPHEN J. MURPHY, III

D-1, CHRISTIAN MAIRE,
D-4, MICHAL FIGURA,
D-6, BRET SINTA,
D-7, CALEB YOUNG,
D-8, DANIEL WALTON,

                Defendants.

_____/

## STIPULATION REGARDING RESTITUTION AS PART OF THE JUDGMENT

The Defendants entered a guilty plea to the charge of child exploitation enterprise for conduct occurring between the dates of January 1, 2012 and October of 2018.   The parties have agreed that the below-named victims on Website A and/or Website B and that these are victims of the Defendants' offense who are entitled to restitution.

IT IS AGREED AND STIPULATED between the undersigned counsel for the government and the undersigned counsel for the defendant, with defendant's express consent, that these individuals are victims of defendants' convictions in Count One of the indictment, as defined under 18 U.S.C. §§ 2259 and 3664, and that a restitution award will be included in defendant's judgment as follows:

- 5,000 dollars to a guardian of MV-1, whose name and address have been provided to the Clerk's Office;

1

- 5,000 dollars to a guardian of MV-2, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-3, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-4, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-5, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-6, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-7, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-10, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-11, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-12, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-13, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-16, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-17, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-19, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-20, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-21, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-22, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-24, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-25, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-29, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-31, whose name and address have been provided to the Clerk's Office.

IT IS SO SITPULATED.

*s/ April N. Russo*
Kevin M. Mulcahy
April N. Russo
211 West Fort Street, Suite 2001
Detroit, Michigan  48226-3211
april.russo@usdoj.gov

*s/ Mark Satawa w/permission*
Attorney for Bret Sinta
26777 Central Park Blvd, St. 325
Southfield, MI 48075
(248)-292-3209

*s/ Andrew Stacer w/permission*
Attorney for Caleb Young
352 N. Main Street, Suite 4
Plymouth, MI 48170
astacer@stacerplc.com

*s/ Mark Kriger w/permission*
Attorney for Christian Maire
645 Griswold Street, Suite 1717
Detroit, MI 48226
mkriger@sbcglobal.net
(313)-967-0100

3

*s/ Bill Swor w/permission*
Attorney for Michal Figura
615 Griswold Street, Suite 1120
Detroit, MI 48226
wwswor@wwnet.net


*s/ Jim Thomas w/permission*
Attorney for Daniel Walton
12900 Hall Road, Suite 350
Sterling Heights, MI 48313
jthomas@orlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,                    CRIMINAL NO. 18-20128

v.                                  HON. STEPHEN MURPHY, III

D-1, CHRISTIAN MAIRE,
D-4, MICHAL FIGURA,
D-6, BRET SINTA,
D-7, CALEB YOUNG,
D-8, DANIEL WALTON,

            Defendants.
_____/

## **ORDER GRANTING RESTITUTION TO VICTIMS**

The Defendants entered a guilty plea to the charge of child exploitation enterprise for conduct occurring between the dates of January 1, 2012 and October of 2018.

The Court finds, in accordance with the parties' stipulation, that the victims below are victims of each of the defendants' offense who are entitled to restitution as defined under 18 U.S.C. §§ 2259 and 3664.

Pursuant to the parties' stipulation, a restitution award will be included in defendants' judgment as follows:

- 5,000 dollars to a guardian of MV-1, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-2, whose name and address have been provided to the Clerk's Office;

1

- 5,000 dollars to a guardian of MV-3, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-4, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-5, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-6, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-7, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-10, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-11, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-12, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-13, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-16, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-17, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to a guardian of MV-19, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-20, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-21, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-22, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-24, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-25, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-29, whose name and address have been provided to the Clerk's Office;

- 5,000 dollars to MV-31, whose name and address have been provided to the Clerk's Office.

**SO ORDERED.**

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
Dated: November 28, 2018          United States District Court Judge